FILED
CLERK, U.S. DISTRICT COURT

DEC 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT

8      CENTRAL DISTRICT OF CALIFORNIA

9

10   ALAN SAMIE,                              )   No. CV 13-8721 UA (DUTYx)
                                              )
11                         Plaintiff,         )   ORDER SUMMARILY REMANDING
                                              )   ACTION TO STATE COURT
12        v.                                  )
                                              )
13   VANESSA GONZALEZ AND DOES                )
     1 TO 10 INCLUSIVE,                        )
14                                            )
                           Defendant.         )
15   _____)

16        The Court will remand this "Complaint - Unlawful Detainer," Case No. 13R07923,

17   to state court summarily because Defendant removed it improperly.

18        On September 13, 2013, Defendant Vanessa Gonzalez, having been sued in what

19   appears to be a routine unlawful detainer action in California state court, lodged a Notice

20   of Removal of that action to this Court and also presented an application to proceed

21   *in forma pauperis*.

22        The Court has denied the *in forma pauperis* application under separate cover

23   because the action, again, was not properly removed. To prevent the action from

24   remaining in jurisdictional limbo, the Court issues this Order to remand the action to

25   state court.

26        Simply stated, as the Court has previously determined, Plaintiff could not have

27   brought this action in federal court in the first place, in that Defendant does not

28   competently allege facts supplying either diversity or federal-question jurisdiction, and

therefore removal is improper.  28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).  Even if complete diversity of citizenship existed, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000.  *See* 28 U.S.C. §§ 1332, 1441(b).  On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, 1725 Main Street, Rm 232, Santa Monica, California 90401 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 12/13/13

_____
GEORGE H. KING
Chief United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

2